IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michel J. Watanabe

Case Number: ~~05-F-117 (MJW)~~ 05-cv-00117-PSF-MJW

GREAT NORTHERN INSURANCE COMPANY,
a Minnesota Corporation,

    Plaintiff,

v.

WILSON CONSTRUCTION,
an Idaho LLC,

    Defendant.

---

### ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER (Docket No. 16)

THE COURT having considered the parties' Stipulated Motion to Amend Scheduling Order, hereby orders as follows:

1. The Stipulated Motion to Amend is GRANTED;

2. Plaintiff's expert reports are due on or before August 5, 2005;

3. Defendant's expert reports are due on or before September 6, 2005;

4. Plaintiff's rebuttal expert reports are due on or before October 5, 2005.

Dated this 24 day of June 2005.

BY THE COURT:

~~United States District Court Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE