IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michel J. Watanabe

Case Number: 05-CV-00117-PSF-MJW

GREAT NORTHERN INSURANCE COMPANY,
a Minnesota Corporation,

    Plaintiff,

v.

WILSON CONSTRUCTION,
an Idaho LLC,

    Defendant.

---

### ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER

---

THE COURT having considered the parties' Stipulated Motion to Amend Scheduling Order, hereby orders as follows:

1. The Stipulated Motion to Amend is GRANTED;

2. Defendant's expert reports are due on or before September 30, 2005;

3. Plaintiff's expert reports are due on or before October 28, 2005;

4. Fact discovery to be completed on or before October 31, 2005;

5. Expert discovery to be completed on or before November 15, 2005.

6. the September 19, 2005 settlement conference is vacated. [handwritten: set at 8:30am] ~~shall contact the Court to obtain new dates.~~ [handwritten: Reset on December 15, 2005,] The settlement conference is [handwritten: at 9:00am in courtroom A-502.]

Dated this 26 day of August 2005.

BY THE COURT:

_/s/ Michael J. Watanabe_
United States District Court Judge
MICHAEL J. WATANABE