IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michel J. Watanabe

Case Number: ~~05-F-117 (MJW)~~ 05-CV-00117-PSF-MJW

GREAT NORTHERN INSURANCE COMPANY,
a Minnesota Corporation,

    Plaintiff,

v.

WILSON CONSTRUCTION,
an Idaho LLC,

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER
(Docket No. 28)

THE COURT having considered the parties' Stipulated Motion to Amend Scheduling Order, hereby orders as follows:

1. The Stipulated Motion to Amend is GRANTED;

2. Expert discovery to be completed on or before December 30, 2005.

Dated this 14 day of November, 2005.

                                             BY THE COURT:

                                             ~~United States District Court Judge~~

                                             MICHAEL J. WATANABE
                                             U.S. MAGISTRATE JUDGE