IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michel J. Watanabe

Case Number: 05-CV-00117-PSF-MJW

GREAT NORTHERN INSURANCE COMPANY,
a Minnesota Corporation,

    Plaintiff,

v.

WILSON CONSTRUCTION,
an Idaho LLC,

    Defendant.

---

(Docket no. 31)

**ORDER RE: PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO HAVE ITS REPRESENTATIVES ATTEND SETTLEMENT CONFERENCE BY TELEPHONE**

---

The Court, having considered Plaintiff's Unopposed Motion for Leave to Have its Representatives Attend the December 15, 2005 Settlement Conference by Telephone, hereby orders that said Motion is GRANTED.

Dated this 17th day of November 2005.

BY THE COURT:

_/s/ Michael J. Watanabe_
United States District Court Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE