IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-100117-PFS-MJW

Great Northern Insurance Company, a Minnesota Company,

  Plaintiff,

vs.

Wilson Construction, an Idaho limited liability company,

  Defendant.

---

## ORDER GRANTING SECOND STIPULATED MOTION TO AMEND SCHEDULING ORDER (Docket No. 34)

---

THE COURT having considered the parties Second Stipulated Motion to Amend the Scheduling Order, hereby orders as follows:

1. The Second Stipulated Motion to Amend is granted.

2. The December 15, 2005 settlement conference is vacated and the settlement conference in this matter is reset for February 2, 2006, at 3:00 p.m. (✗)

DATED this 30th day of November, 2005.

BY UNITED STATES DISTRICT COURT JUDGE:

_____
Magistrate Judge Michael J. Watanabe

(✗) 3. The parties shall submit their updated confidential statements to Magistrate Judge Watanabe by January 27, 2006.