IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00117-PSF-MJW

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

    Plaintiff,

v.

WILSON CONSTRUCTION, LLC, an Idaho limited liability company,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 64). The Court being fully informed as to the issues hereby

ORDERS that the plaintiff's claims and cause of action are DISMISSED with prejudice, each party to pay its own costs, expenses and attorneys' fees.

DATED: June 13, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Judge